IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ANITRA D. JACKSON, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) Civil Action No. 4:13-CV-742-C |

## ORDER

Plaintiff appealed an adverse decision of Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, pursuant to 42 U.S.C. §§ 405(g). The United States Magistrate Judge entered a Report and Recommendation. Neither party has filed written objections.

It is, therefore, **ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court and the above-styled and -numbered cause is hereby **DISMISSED WITH PREJUDICE**.

Dated this 20th day of February, 2015.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE